# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIU MING POON, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>KNIGHT REFRIGERTED, LLC., et al.,<br><br>      Defendants. | Case No. 1:18-cv-01608-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO PERSONALLY APPEAR ON FEBRUARY 6, 2019 TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED FOR FAILURE TO COMPLY AND VACATING FEBRUARY 12, 2019 SCHEDULING CONFERENCE |

On January 23, 2019, an order issued requiring Plaintiffs' counsel Jeffrey Bohn to show cause why sanctions should not issue for Plaintiffs' failure to comply with the order setting the mandatory scheduling conference in this action. (ECF No. 8.) A written response to the order to show cause was to be filed within five days of the January 30, 2019 order. (Id.) Plaintiffs did not file a response or otherwise respond to the January 23, 2019 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiffs shall personally appear before United States Magistrate Judge Stanley A. Boone, at the United States Courthouse, 2500 Tulare St., Fresno, California, Courtroom 9, on **Wednesday, February 6, 2019, at 10:00 a.m.** to show cause why sanctions should not be imposed for the failure to comply with a court order. Plaintiffs are advised that failure to appear at the February 6, 2019 hearing will result in the recommendation that this action be dismissed as a sanction for the failure to comply; and

2.     The February 12, 2019 scheduling conference is VACATED to be reset at a later date.

IT IS SO ORDERED.

Dated:     **January 31, 2019**

UNITED STATES MAGISTRATE JUDGE

2