# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIU MING POON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KNIGHT REFRIGERTED, LLC., et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01608-DAD-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING JEFFREY DAVID BOHN TO PAY SANCTION<br><br>(ECF Nos. 9, 10, 12)<br><br>DEADLINE: FEBRUARY 22, 2019 |

After Plaintiffs failed to respond to order to show causes in writing and failed to appear for an order to show cause hearing on February 6, 2019, an order issued requiring Jeffrey Bohn to pay $100.00 per day as a sanction for each day until he responded to the order to show cause. (ECF No. 10.) On February 7, 2019, a response to the order to show cause was filed. (ECF No. 12.)

Having reviewed the response, the Court shall discharge the order to show cause and issue sanctions of $200.00 for the failure to respond and appear at the February 6, 2019 hearing. While the Court is sympathetic to Mr. Bohn's family situation, whether a case is proceeding in state or federal court, orders are required to be complied with. Mr. Bohn states that he has 18 employees that update his calendar and the removal of this matter to federal court was not noticed by any of them. The Court notes that Mr. Bohn would have received notice of filings in this action on November 20, 2018, November 21, 2018, January 22, 2019, January 23, 2019,

January 31, 2019, and February 6, 2019.  It would appear that additional training of staff is required if none of these notices caused the office staff to note that this case was proceeding in federal court and that there was an issue that needed to be addressed.

Accordingly, IT IS HEREBY ORDERED that Jeffrey David Bohn shall pay the Clerk of the Court two hundred dollars ($200.00) on or before February 22, 2019.  IT IS FURTHER ORDERED that if such payment is not made sanctions of $100.00 per day shall issue from February 22, 2019 until full payment is received.

IT IS SO ORDERED.

Dated: **February 8, 2019**

UNITED STATES MAGISTRATE JUDGE

2