# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIU MING POON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KNIGHT REFRIGERATED, LLC., et al.,<br><br>    Defendants. | Case No. 1:18-cv-01608-DAD-SAB<br><br>ORDER DISREGARDING STIPULATION FOR DISMISSAL OF ACTION<br><br>(ECF Nos. 13, 14)<br><br>DEADLINE: FEBRUARY 28, 2019 |

On February 7, 2019, Plaintiffs filed a stipulation to dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure due to the parties reaching a settlement. (ECF No. 13.) On February 8, 2019, Defendants filed a declaration by counsel stating that the agreement was that the stipulation would not be filed until Defendants received a signed release from the plaintiffs. Plaintiffs have not been able to sign the release due to being out of town and would be returning this week to sign the release. Defendants request that the action not be dismissed until they have received the signed settlement agreement.

Based on the foregoing, the stipulation for dismissal, filed February 7, 2019, is HEREBY DISREGARDED. On or before **February 28, 2019**, Plaintiffs shall file a stipulation for dismissal or a notice informing the Court of the status of the settlement.

IT IS SO ORDERED.

Dated: __**February 11, 2019**__

UNITED STATES MAGISTRATE JUDGE

1